UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DIVISION 3

**Diamond King Pro se**                                     Civil Action No. **3:24-CV-00492-S-BT**

**Plaintiff**

**v.**

**United States Postal Service Agency,**

**Angelia Vence -Grisby Supervisor**

**Maria Rosales  Postmaster**

**Louis DeJoy**

**Defendant(s)**

**COMPLANT AND JURY DEMAND**

Plaintiff Diamond King, 7721 Antionette St #2094, Dallas, TX,75217, (469)765-2108.  By and through Pro se sues Defendant(s) United States Postal Service 3416 Enterprise Dr, Rowlett, TX,

4

75088, Angelia Kim Vence- Grisby 3416 Enterprise Dr, Rowlett, TX,75088 and Maria Rosales 217 E Main St Royse City, Texas, 75189.

## **VENUE AND JURISDICTION**

1. The Plaintiff is an adult resident in Dallas, County of Dallas Texas.
2. Allegations were conducted in Dallas County in Texas.
3. United States Postal Service Currently conducts business in the State of Texas including Dallas county.
4. The allegations Value excess $75,000

**A.) Claims**

1. Retaliation, Plaintiff began employment with the United States Postal Service on or around June 24, 2017, Around October 2017, Plaintiff applied for a Supervisor Position around November 2017, Wilma K. Johnson called Plaintiff in her office to talk about Plaintiff applying for another position. Plaintiff was taken off the schedule nonduty no pay until around March 2018. Plaintiff filed first Equal Employment Opportunity complaint on or about September 7,2018, on or about July 31, 2019 Plaintiff was again taken off schedule until on or about July 2021 and Plaintiff was not returned to work on or about August 21,2019, Plaintiff emailed United States Postal Service Human Resource, Postmaster General Megan J Breannon, on or about October 20,2018 in regards to hostile work place and retaliation .On or about December 31,2019 Angelia

5

Vence- Grisby placed Plaintiff in a vehicle she stated was not safe, no breaks no lights. Plaintiff was taking off the schedule non-duty ,non pay. Was not brought back until around January 17,2020.  Around May 15,2021 Maria Rosales lost the plaintiff child care paper work for the proper Child care so Plaintiff can work.

2. Breach of contract, United States Postal Service non career employees have a "guarantee one Day," for scheduling.  Supervisors and Postmaster's Including Angelia Vence- Grisby Supervisor and Maria Rosales were allowed to take Plaintiff off schedule and keep Plaintiff off Schedule as long as United States Postal Service and the union would allow, Weeks to months at a time. not getting the one day guaranteed. Per craft contract. Plaintiff was once again taken off Schedule on or around February 11,2020 until on or around September 2020. Plaintiff who was Promoted to a Career position on or about September 8,2020, until around October 2020 Plaintiff was Career being paid as a non-career on a route 37, that was demoted and measured for a non-career employee.

3. Hostile Work environment, Maria Rosales allowed Angelia Vence to bully, Plaintiff. On the work room floor, on around March 22,2021 Angelia Vence removed a cart with Plaintiff's package from plaintiff workstation and pushed it into the mail case where every coworker goes to get the mail that needs to be sorted. On the workroom floor. Coworkers no longer said good Morning it was always "Dang, girl when are you going to come to work." Or "you Decided to come to work. Union Representative Disclosed plaintiff mental health and depression and hardship on the work room floor on or around

6

December 2,2021, Angelia Vence Grisby would give Plaintiff Investigative interviews refusing to give Plaintiffs copies for Plaintiff records.

4. Wrongful Termination, Plaintiff who was assigned to route 25 on or about December 13,2019, that had an assign vehicle. Plaintiff was instructed to case two routes not including casing and carrying Plaintiffs route. Angelia Vence-Grisby takes plaintiffs vehicle and assign it to an individual with less seniority. Angelia Vence _ Grisby assigns Plaintiff a vehicle that was previously in an accident plaintiff reported that it was not safe to drive due to it not having lights, and it was in a wreck. Plaintiff was instructed to drive the vehicle, who later got in a wreck. Plaintiff was taken off the schedule from around December 13,2019 until on or about January17,2020 without Driving training. per protocol A driver is not to Drive a United States Postal service Vehicle unless they attended Drivers training, Around December 2019, Plaintiff was asked by Angelia Vence-Grisby "when does Plaintiffs DL expire," Plaintiff was off schedule for non-duty non pay until on or about January 17,2020. Maria Rosles did no schedule drivers training until on or around February 11,2020. Plaintiff was taken off schedule until around March 2020, Plaintiff was informed that she was terminated, Plaintiff was brought back on or around September 8, 2020.

5. Intentional infliction of emotional Distress A route with higher Pay was awarded to a man with less seniority than the Plaintiff. Around March 2020. Plaintiff was promoted to regular Under the supervision of Angelia Vence Grisby and Maria Rosales. Around September8,2020 to a route carried by a male  the route was evaluated at making about

7

$46,000. Around October 2020, the route was then evaluated to about $36,000 with another carrier receiving credit for the route.

By breaching the contract by failing to grant plaintiff her " one day" a week to work. As well as causing a hostile work environment that demoted clients pay and loss of seniority status to someone with less seniority that denied Plaintiff a promotion. By failing their obligation As an employer and continuation of willful conduct , tort and retaliatory actions .Plaintiff loss enjoyment of life, endured evictions, repossession and loss of transportation. Mental and emotional health for Plaintiff and children., Having to start over in life. Around December 12,2021, Plaintiff suffered and Artery spasm, emotional distress, loss of stability, force to resign. The Plaintiff is seeking damages that is in the Prayer to be made whole from the negligent manner of the defendants

### Relief of Prayer

WHEREFORE, Plaintiff prays for relief of Monetary compensation and punitive damages including, but not limited to: $60,000,000 Compensation for emotional harm of mental and emotional anguish, suffered by Plaintiff and Children. Loss of Financial stability, Retroactive pay, Front pay , as well as back pay, liquidated damages, restoration of leave time, PTO, Expunge adverse materials relating to the discriminatory employment practices. Agency remove all investigative Interviews from Plaintiff's record, any attorney fees and court cost that Plaintiff may accumulate, A position in Human Resource as a Labor Relations Specialist in the United

8

States Postal Service at the G15 pay grade at Step 4. Further relief as court shall deem proper for all the damages Defendants have caused. Plaintiff demand a trial by jury on all issues so triable.

Respectfully Submitted,

DIAMOND KING PRO SE

PLAINTIFF

7721 ANTIONETTE ST #2094

DALLAS,TX,75217

TELEPHONE: 469.765.2108

Diamondking0120@gmail.com

9