# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| DIAMOND KING | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-0492-S-BT |
| | § | |
| UNITED STATES POSTAL SERVICE AGENCY, et al. | § § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the Court **DENIES** Plaintiff Diamond King's Motion to Proceed In Forma Pauperis [ECF No. 45].

**SO ORDERED.**

SIGNED April 30, 2025.

_____
**UNITED STATES DISTRICT JUDGE**